UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Craft Beer Stellar, LLC | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| | * | Civil Action No. 1:18-cv-10510-FDS |
| | * | |
| Glassdoor, Inc. et al | * | |
| | * | |
| Defendant | * | |

ORDER OF DISMISSAL

October 16, 2018

Saylor D.J.

In accordance with the Court's Order dated October 16, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

/s/ Taylor Halley_____
Deputy Clerk